# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| LISA CORREA, on behalf of S.A.C., a minor, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:15-cv-00260-MR-DLH |
| vs. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2016 Order.

May 9, 2016

_____
Frank G. Johns, Clerk
United States District Court